# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EDUARDO A. ARGUELLES, JR.

                Petitioner

   v.

                                     Civil Action No. 1:23-cv-140
                                        (arising out of 1:21-cr-62)

UNITED STATES OF AMERICA

                Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

  ☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

  ☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

  **X** Other:  Petitioner Eduardo a. Arguelles Jr's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED. Further, No Certificate of Appealability will be issued.

This action was (*check one*):

  ☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

  ☐ tried by Judge _____ without a jury and the above decision was reached.

  **X** decided by Chief Judge Holly A. Brady on a Motion to Vacate, Set Aside, or Correct Sentence.

DATE: 10/18/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                         by   s/ S. Jarrell_____
                                                        *Signature of Clerk or Deputy Clerk*